

Joseph J. Poppen
Direct: 415/675-3470
Fax: 415/675-3670
joseph.poppen@bryancave.com

November 11, 2013

**VIA E-FILING AND US MAIL**

Clerk of the Court
United States Court of Appeals for the Ninth Circuit
The James R. Browning Courthouse
95 7th Street
San Francisco, California, 94103

Re:  ***Kim Hewton-Nastrom, et al. v New Century Mortgage Corporation, et al.***
     **United States Court of Appeal-Ninth Circuit Case No. 12-17772**

To the Clerk of the Court:

We write as counsel for Appellees JPMorgan Chase Bank, N.A., individually and as successor by merger to Chase Home Finance LLC ("Chase"), Mortgage Electronic Registration Systems, Inc. ("MERS"), Federal Home Loan Mortgage Corporation ("Freddie Mac"), and Deutsche Bank National Trust Company ("Deutsche Bank") (collectively, "Appellees") in the above-referenced case to inform the Court that the parties to this appeal are currently engaged in settlement negotiations aimed at resolving the litigation.

As briefing in this matter was recently completed, and being mindful of the duty of counsel to inform the Court of settlement discussions in order to avoid unnecessary expenditures of judicial resources [*In Re Cellular 101, Inc.*, 1154-1155 (9th Cir. 2007) (discussing duty of counsel to inform the court of settlement negotiations)], we hereby notify the Court and respectfully request that the Court stay review of the briefing in this matter for a period of ninety (90) days.  Appellees are optimistic that the parties will be able to agree on terms of settlement within that time.  In the event the parties are unable to resolve the matter, Appellees will advise the Court of that fact prior to the end of the ninety day period.

Appellees believe this request will facilitate the settlement process and avoid the unnecessary expenditure of judicial resources.

Respectfully Submitted,

*/s/ Joseph J. Poppen*

Joseph J. Poppen

JJP:ssr

cc: John Sargetis, Rando Rodriguez

**Bryan Cave LLP**
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Tel (415) 675-3400
Fax (415) 675-3434
www.bryancave.com

**Bryan Cave Offices**
Atlanta
Boulder
Charlotte
Chicago
Colorado Springs
Dallas
Denver
Frankfurt
Hamburg
Hong Kong
Irvine
Jefferson City
Kansas City
London
Los Angeles
New York
Paris
Phoenix
San Francisco
Shanghai
Singapore
St. Louis
Washington, DC

**Bryan Cave
International Consulting**
A TRADE AND CUSTOMS CONSULTANCY
www.bryancaveconsulting.com
Bangkok
Jakarta
Kuala Lumpur
Manila
Shanghai
Singapore
Tokyo

Bryan Cave LLP

Clerk of the Court
November 11, 2013
Page 2

## CERTIFICATE OF SERVICE
United States Court of Appeal-Ninth Circuit Case No. 12-17772

    I hereby certify that on November 11, 2013, I electronically filed the foregoing document with the Clerk of the Court of the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

    I hereby also certify that on November 11, 2013, a copy of the foregoing was served via U.S. mail, postage prepaid, to the following:

John S. Sargetis, Esq.
Rando Rodriquez, Esq.
UNITED LAW CENTER
3013 Douglas Blvd., Suite 200
Roseville, CA  95661


**BRYAN CAVE LLP**

/s/ Suzanne Roomian

169546.1